UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Michael T. Uszak, | ) CASE NO. 1:06CV837 |
| | ) |
| | ) JUDGE CHRISTOPHER A. BOYKO |
| Plaintiff, | ) |
| | ) |
| v. | ) **JUDGMENT** |
| | ) |
| | ) |
| Yellow Transportation, Inc., et al., | ) |
| | ) |
| Defendants. | ) |

The Court has filed its OPINION AND ORDER, granting Defendants' Motions for Summary Judgment; denying Plaintiff's Motion for Summary Judgment; and declining to exercise pendent jurisdiction over state claims in the above-captioned matter. Accordingly, this action is terminated pursuant to Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

DATE: 6/18/07

HONORABLE CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE

FILED
JUN 18 2007
CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND