# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| MICHAEL T. USZAK, *et al.*, | ) CASE NO: 1:06-cv-00837 |
| Plaintiff, | ) JUDGE CHRISTOPHER A. BOYKO |
| vs. | ) |
| | ) MAGISTRATE JUDGE |
| YELLOW TRANSPORTATION , INC., *et al.,* | ) NANCY A. VECCHIARELLI |
| Defendants. | ) **ORDER** |

On December 22, 2006, Judge Boyko issued an order referring the fee applications of Defendants Yellow Transportation Services, Inc. ("Yellow Transportation") (Doc. No. 79), Truck Drivers Union Local 407 ("the Union") (Doc. No. 81), and International Brotherhood of Teamsters ("IBT") (Doc. No. 82) to the undersigned Magistrate Judge. This Court interpreted the order of referral as requesting a report and recommendation and accordingly, issued a Report and Recommendation on July 13, 2007. (Doc. No. 227.)

As Judge Boyko sought an order from this Court, this Court now issues an order adopting its previously issued Report and Recommendation (Doc. No. 227).

**IT IS SO ORDERED.**

                                                 s/ *Nancy A. Vecchiarelli*
                                                 NANCY A. VECCHIARELLI
                                                 U.S. MAGISTRATE JUDGE

DATE: July 16, 2007

**Any appeal of, or objections to, this Order must be presented to Judge Boyko and filed with the Clerk of Courts within ten (10) days of this notice.  Failure to file objections within the specified time may waive the right to appeal the District Court's order.  *See United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).  *See also Thomas v. Arn*, 474 U.S. 140 (1985), *reh'g denied*, 474 U.S. 1111 (1986).**